# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODIS NATHANIEL BROWN<br><br>         Petitioner,<br>vs.<br><br>LARRY SMALL, Warden ,<br><br>         Respondent. | CASE NO. 10cv0552 JM(AJB)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION; DENYING CERTIFICATE OF APPEALABILITY |

  Having carefully considered Magistrate Judge Battaglia's thorough and thoughtful Report and Recommendation ("R & R") regarding the denial of the petition for writ of habeas corpus, the record before the court, the absence of any objections to the R & R, and applicable authorities, the court adopts the R & R in its entirety.

  Upon review of the record, the court also concludes that Petitioner fails to make a substantial showing of the denial of a constitutional right. Accordingly, any request for a certificate of appealability is denied. <u>See</u> 28 U.S.C. §2253(c)(2)

  In sum, the R & R is adopted in its entirety and the petition for writ of habeas corpus is denied. The Clerk of Court is instructed to close the file.

  **IT IS SO ORDERED.**

DATED: March 14, 2011

                      Hon. Jeffrey T. Miller
                      United States District Judge

cc:   All parties